IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO.: 3:24-mj-159 |
| | ) | |
| v. | ) | **ORDER TO SEAL COMPLAINT** |
| | ) | |
| ALEJANDRO JOSE SEQUEIRA | ) | **UNDER SEAL** |
| | ) | |

UPON MOTION of the United States of America, by and through Dena J. King, United States Attorney for the Western District of North Carolina, for an Order directing that the Criminal Complaint, Affidavit, Arrest Warrant, Motion to Seal and this Order be sealed to protect the secrecy of the on-going nature of the investigation in this matter until further order of this Court,

**IT IS HEREBY ORDERED** that the above-captioned case be sealed until further order of this Court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 30th day of April 2024.

Signed: April 30, 2024

David C. Keesler
United States Magistrate Judge