# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:24-MJ-159-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | **ORDER** |
| v. ) | |
| ALEJANDRO JOSE SEQUEIRA, ) | |
| Defendant. ) | |

**THIS MATTER IS BEFORE THE COURT** on the Government's "Motion To Dismiss The Complaint Without Prejudice" (Document No. 9) filed May 31, 2024. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the Government's "Motion To Dismiss The Complaint Without Prejudice" (Document No. 9) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Criminal Complaint in this matter is hereby **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED**.

Signed: May 31, 2024

David C. Keesler
United States Magistrate Judge